1

2               **UNITED STATES DISTRICT COURT**

3               **EASTERN DISTRICT OF WASHINGTON**

4

5  LARRY J. TOLLIVER,                    )
                                         )
6           Plaintiff,                   )
                                         )          NO.  CV-10-422-JPH
7      vs.                               )
                                         )          **JUDGMENT IN A**
8  MICHAEL J. ASTRUE,                    )          **CIVIL CASE**
   Commissioner of Social Security,      )
9                                        )
           Defendant.                    )
10                                       )
                                         )
11 _____)

12      **DECISION BY THE COURT:**

13      This action came to hearing before the court.  The issues have been heard

14 and a decision has been rendered.

15      **IT IS ORDERED AND ADJUDGED** that:

16      Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's

17 Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.

18      DATED this 3rd day of May, 2012.

19                                       JAMES R. LARSEN
                                         District Court Executive/Clerk
20

21

22                                       by: __s/ Karen White_____
                                              Deputy Clerk
23

24

25

26 cc: all counsel